12578, 12607.    BELDEN *v.* REYNOLDS; and *vice versa.*

JENKINS, P. J. No error of law being complained of, and the verdict being supported by evidence and having the approval of the trial judge, this court will not interfere.

*Judgment affirmed on main bill of exceptions; cross-bill dismissed. Stephens and Hill, JJ., concur.*

DECIDED FEBRUARY 1, 1922.

Trover; from city court of Savannah — Judge Freeman. April 29, 1921.

*R. L. Colding,* for plaintiff in error.

*J. A. Farthing,* contra.